UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PURVIS LAMAR ELLIS, et al.,

    Defendants.

_____/

No. CR 13-818 PJH

**ORDER RE IN CAMERA REVIEW**

The court is in receipt of the government's request that it conduct an *in camera* review of proposed redactions to state court warrant affidavits to confirm that the proposed redactions are necessary to protect the identity of a confidential informant and one or more victims. By separate order, the court has ordered that the government's request and the exhibits be filed under seal. The court GRANTS the request for in camera review, and having reviewed the documents, concludes that the redactions proposed by the government are necessary to prevent disclosure of the informant's name, the identity of one or more victims, and information that tends to reveal the informant's identity, with the exception of the following proposed redactions: the proposed redactions at Exhibit 2, page 3 ¶ 8 (continuing on page 4) and page 4 ¶ 1, and at Exhibit 3, page 4 ¶ 2 and ¶ 3, do not satisfy the government's asserted grounds for redaction, and must therefore be unredacted and disclosed to defense counsel.

    **IT IS SO ORDERED.**

Dated: November 18, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge