UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PURVIS LAMAR ELLIS, et al.,<br><br>          Defendant. | Case No.  CR 13-818 PJH<br><br>**ORDER SETTING SUPPLEMENTAL BRIEFING DEADLINES**<br><br>Re: Dkt. No. 118 |

In the reply brief (doc. no. 118) on the motion for disclosure of electronic surveillance (doc. no. 89) filed by defendant Deante Kincaid on behalf of all defendants, counsel for Kincaid raises a new set of arguments citing authorities that were not cited in his opening brief.  The court further notes that defense counsel filed a reply brief that exceeded the page limit permitted under the local rules without seeking leave of court.  Because the government has not had the opportunity to address these arguments, the parties are ordered to file supplemental briefs limited to the issues raised in the reply brief (doc. no. 118).  The government shall file a surreply by June 15, 2015.  Kincaid may file a response to the surreply on behalf of defendants by June 19, 2015.

**IT IS SO ORDERED.**

Dated:  June 8, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge