1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  JOSEPH M. ALIOTO JR. (CABN 215544)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        joseph.alioto@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,              CR 13-00818 PJH

15       Plaintiff,                        JOINT STIPULATION AND [~~PROPOSED~~] ORDER
                                           CONTINUING THE PRETRIAL MOTIONS
16       v.                                HEARING  AS MODIFIED BY THE COURT

17  PURVIS LAMAR ELLIS, et al.

18       Defendants.

19

20

21      The parties respectfully request the Court continue the pretrial motion hearing in this case to

22  August 5, 2015.  This request is based primarily on the scheduling conflicts outlined in the Declaration

23  of Joseph M. Alioto Jr., filed concurrently with this stipulation.

24      Counsel for Defendants agree with the requested continuance to August 5, 2015, and that time

25  may be excluded from January 28, 2015 until August 5, 2015, pursuant to Title 18, United States Code,

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
CR 13-00818 PJH

Section 3161(h)(1)(D) for the filing of and hearing on pretrial motions in this case.

SO STIPULATED:

Dated: June 18, 2015                              Respectfully submitted,

                                                  MELINDA HAAG
                                                  United States Attorney


                                                   */s/ Joseph M. Alioto Jr.*
                                                  _____
                                                  JOSEPH M. ALIOTO JR.
                                                  Assistant United States Attorney


                                                   */s/ Marth Boersch*
                                                  _____
                                                  MARTHA BOERSCH
                                                  Counsel for Defendant PURVIS L. ELLIS


                                                   */s/ Chris Cannon*
                                                  _____
                                                  CHRIS CANNON
                                                  Counsel for Defendant DEANTE T. KINCAID


                                                   */s/ James Vaughns*
                                                  _____
                                                  JAMES VAUGHNS
                                                  Counsel for Defendant DAMIEN E. McDANIEL


                                                   */s/ Edwin Prather*
                                                  _____
                                                  EDWIN PRATHER
                                                  Counsel for Defendant JOSEPH PENNYMON

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
CR 13-00818 PJH

1 [~~PROPOSED~~] ORDER

2   IT IS HEREBY ORDERED, based on the stipulation of the parties, the declaration of Joseph M.
3 Alioto Jr., and good cause appearing, that the hearing on the pretrial motions shall be continued from
4 July 1, 2015 to **August 5, 2015** at 1:30 pm.

5   Additionally, with the consent of Defendants, the period of time from January 28, 2015, until
6 August 5, 2015, is excluded from Speedy Trial Act calculations for the filing and hearing on pretrial
7 motions, pursuant to Title 18, United States Code, Section 3161(h)(1)(D).

8   If the trial in US v. Sleugh, CR 14-168 YGR does not go forward, the parties shall be prepared to have the hearing before August 5, 2015 on a date to be determined by the Court.

9 IT IS SO ORDERED.

11 Dated: June __19__, 2015

HON. PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
CR 13-00818 PJH