1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| USA, | Case No.  13-cr-00818-PJH-1   (DMR) |
| Plaintiff, | |
| v. | **ORDER RE CELL-SITE SIMULATOR BRIEFING** |
| PURVIS LAMAR ELLIS, | Re: Dkt. Nos. 167, 168 |
| Defendant. | |

The court has reviewed the parties' briefing regarding Defendants' request for discovery related to the cell-site simulator(s) used in this case.  [Docket Nos. 167 (Government's Br.), 168 (Defs.' Br.).]

Federal Rule of Criminal Procedure 16 provides that "upon a defendant's request," the government must disclose documents or data "if the item is within the government's possession, custody, or control and . . . the item is material to preparing the defense."  Fed. R. Crim. P. 16(a)(1)(E)(i).  To obtain discovery under this rule, "[a] defendant must make a threshold showing of materiality, which requires a presentation of facts which would tend to show that the Government is in possession of information helpful to the defense."  *United States v. Santiago*, 46 F.3d 885, 894 (9th Cir. 1995) (quoting *United States v. Mandel*, 914 F.2d 1215, 1219 (9th Cir. 1990)).  "Neither a general description of the information sought nor conclusory allegations of materiality suffice."  *Id*. (quoting *Mandel*, 914 F.2d at 1219).  Here, Defendants identify 16 discovery requests related to the cell-site simulator(s) that they contend are "crucial to the defense."  Defs.' Br. at 3 n.1.  By no later than May 18, 2016, Defendants shall file a brief setting forth their theory of materiality **as to each of the 16 individual discovery requests that are at issue**.  Defendants' brief shall not exceed three pages, single-spaced.  By no later than May 25, 2016, the government shall submit a response that does not exceed three pages, single-spaced.

1  Upon completion of the briefing, the court will set a hearing or order further briefing as necessary.

2

3  **IT IS SO ORDERED.**

4  Dated: May 12, 2016

5

6  

Donna M. Ryu
United States Magistrate Judge
Judge Donna M. Ryu

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California