UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

PURVIS LAMAR ELLIS, et al.,

        Defendants.

Case No.  13-CR-00818 PJH

**ORDER DENYING GOVERNMENT'S MOTION FOR RELIEF FROM ORDER OF MAGISTRATE JUDGE**

Doc. no. 207

      On August 2, 2016, the government filed a motion for relief from an order of the Magistrate Judge requiring the government to produce Oakland police officers' personal phone records on the ground that the records are not "within the possession, custody or control" of the United States and for which no showing of materiality has been made. Doc. no. 207.  Defendants Purvis Lamar Ellis, Deante Terrance Kincaid, Damien Edward McDaniel, and Joseph Pennymon promptly filed a response objecting to the motion as untimely filed and seeking leave to file an opposition before the matter is deemed submitted.  Doc. no. 214.

      Defendants correctly point out that Civil Local Rule 72-2, applicable here under Criminal Local Rule 2-1, requires that objections to a Magistrate Judge's nondispositive pretrial order must be filed within 14 days of the order, and that the government filed its motion about 147 days after the Magistrate Judge issued the order on March 7, 2016. The government offers no basis to find good cause to excuse the delay.  Accordingly, the motion for relief from the order of the Magistrate Judge is DENIED as untimely.

1    Although the government did not raise an issue about the need to redact

2  information in the phone records that would be subject to a sealing order, in accordance

3  with the court's prior order re: in camera review of search warrant affidavits, doc. no. 62,

4  the court ORDERS that the government may redact information where the redactions are

5  necessary to prevent disclosure of the confidential informant's name, the identity of one

6  or more victims, and information that tends to reveal the informant or victim's identity.

7    To the extent that the government requires an order authorizing a subpoena to

8  obtain records that are not within its custody or control, the government is directed to

9  seek such an order or any other relief related to discovery from the Magistrate Judge.

10    **IT IS SO ORDERED.**

11  Dated: August 16, 2016

12                                              _____

13                                              PHYLLIS J. HAMILTON
                                                United States District Judge