1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2 | BARBARA J. VALLIERE (DCBN 439353)
3 | Chief, Criminal Division

4 | ERIN A. CORNELL (CABN 227135)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102-3495
Telephone: (415) 436-7124
7 | Facsimile: (415) 436-6748
Erin.Cornell@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PURVIS LAMAR ELLIS, a/k/a "Bot," DEANTE TERRANCE KINCAID, a/k/a "Tay-Tay," DAMIEN EDWARD MCDANIEL, a/k/a "Famous," "Lil' Dame," and JOSEPH PENNYMON, a/k/a "Junkie,"<br><br>Defendants. | CASE NO. CR 13-00818 PJH<br><br>**NOTICE OF RELATED CASE IN A CRIMINAL ACTION; AND CIVIL ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE ISRAEL MILITARY INDUSTRIES 9MM RIFLE, MODEL UZI, BEARING SERIAL NUMBER SA65000, and OTHER ASSORTED FIREARMS AND AMMUNITION,<br><br>Defendants. | CASE NO. CV 17-05752 EDL |

The United States hereby submits this Notice of Related Cases pursuant to Criminal Local Rule

1

1  8-1 and Civil Local Rule 3-12.  The above-captioned matters are related because they are the result of
2  the same investigation and involve the same property and the same parties.  The civil asset forfeiture
3  matter arose from the same criminal investigation, with the *in rem* civil asset forfeiture case being filed
4  after defendants Purvis Lamar Ellis, Deante Terrance Kincaid, Damien Edward McDaniel, and Joseph
5  Pennymon were criminally indicted.  The criminal case was filed first and is being litigated in front of
6  the Honorable Phyllis J. Hamilton, United States District Judge.  The later-filed civil case is assigned to
7  the Honorable Elizabeth D. Laporte, United States Magistrate Judge.

8  Criminal Local Rule 8-1(b) defines related actions as either: one or more of the same defendants
9  and the same alleged events, occurrences, transaction or property; or two actions that appear likely to
10 entail substantial duplication of labor if heard by different judges or might create conflicts and
11 unnecessary expenses if conducted before different judges.

12 Under Civil Local Rule 3-12(a), related actions are defined as: actions concerning substantially
13 the same parties, property, transaction or event; or actions where it appears likely there will be unduly
14 burdensome duplication of labor and expense or conflicting results if the cases are conducted before
15 different judges.

16 The underlying similar factual and legal allegations and parties illustrate the close relationship
17 between the criminal and civil actions.

18 At various times beginning in 2007 and continuing through and including December, 2013,
19 Purvis Lamar Ellis (a/k/a "bot") (hereinafter "Ellis"), Deante Terrance Kincaid (a/k/a "Tay-Tay")
20 (hereinafter "Kincaid"), Damien Edward McDaniel (a/k/a "Famous", "Lil' Dame") (hereinafter
21 "McDaniel"), and Joseph Pennymon (a/k/a Junkie") (hereinafter "Pennymon") were associated with a
22 street gang called "Sem City" in Oakland, California.

23 As part of the investigation into Sem City, on January 22, 2013, members of federal and state
24 law enforcement agencies executed a search warrant at 1759 Seminary Avenue, Oakland, California,
25 which was used as the Sem City headquarters or clubhouse.  During the execution of the search warrant,
26 law enforcement found and seized numerous firearms and ammunition (hereinafter "the defendant
27 property") as firearms and ammunition involved in or used in, among other things, a knowing violation
28 of Title 18, United States Code, Section 924(c)(1)(A).

On December 19, 2013, a grand jury for the Northern District of California returned an indictment against Ellis, Kincaid, McDaniel, and Pennymon (Case No. CR 13-00818 PJH), arising out of the investigation into Sem City, including the evidence found and seized at 1759 Seminary Avenue, Oakland, California, on January 22, 2013.

On October 5, 2017, the United States commenced the above-captioned civil action seeking civil forfeiture of the defendant property seized from 1759 Seminary Avenue, Oakland California. The civil complaint alleges, among other bases, that the defendant property represents firearms and ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 924(c)(1)(A), and thus is subject to forfeiture under Title 18, United States Code, Section 924(d).

The government submits the above-captioned criminal and civil cases are related in that they arise out of the same investigation and involve the same property and same parties. Both cases involve the same evidentiary issues and similar questions of law. In the criminal action, Ellis, Kincaid, McDaniel, and Pennymon have all pled guilty to certain of the charges in the indictment; McDaniel has been sentenced, and Ellis, Kincaid, and Pennymon are set for sentencing on January 10, 2018. Thus, assignment to a single judge is likely to conserve judicial resources and promote efficient determinations.

Accordingly, the government seeks to relate the civil action to the earlier-filed criminal action.

DATED: October 16, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ *Erin A. Cornell*

ERIN A. CORNELL
Assistant United States Attorney