UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PURVIS LAMAR ELLIS,<br><br>Defendant. | Case No. 13-cr-00818-PJH-1<br><br>**ORDER RE EVIDENTIARY HEARING** |

The court has set an evidentiary hearing in the above-captioned case for October 19, 2023.  See Dkt. 547.  In advance of the hearing, the court directs the parties to file a statement indicating the following: (1) the specific issues to be decided at the hearing, (2) the legal standards that apply, and (3) a list of the witnesses that will testify at the hearing.  If the parties are unable to agree as to the statement of issues or the applicable legal standard, the statement shall set forth each party's respective positions.  The parties shall file the statement(s) no later than **October 6, 2023**.

**IT IS SO ORDERED.**

Dated: September 18, 2023

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge