United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PURVIS LAMAR ELLIS,<br><br>    Defendant. | Case No. 13-cr-00818-PJH-1<br><br>**ORDER RE MOTION FOR DISCOVERY AND PRIVILEGE WAIVER** |

In advance of the October 19, 2023 evidentiary hearing in the above-captioned case, the government has filed a motion to permit discovery and for a finding of waiver of attorney-client privilege.  See Dkt. 553.  If defendant wishes to oppose the motion, he is directed to file an opposition brief no later than **October 6, 2023**.

**IT IS SO ORDERED.**

Dated:  October 2, 2023

　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge